





Acct # ███████ 0076

EXHIBIT "A"